UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MATTHEW ROACH,

                              Plaintiff,

    -v.-                                          9:07-CV-1280
                                                               (LEK/DEP)

COMMISSIONER GOORD; WILLIAM LAPE;
MCDONALD; MRS. ROWLANDS; VAN DRESSAR;
DOCTOR RASHAD; and DR. RAMINENI,

                              Defendants.

---

APPEARANCES:

MATTHEW ROACH
2728 James Street
No. 208
Syracuse, NY 13206
Plaintiff, *pro se*

HON. LAWRENCE E. KAHN
U.S. District Judge

### DECISION and ORDER

      Plaintiff Matthew Roach filed a *pro se* civil rights Complaint on December 10, 2007, together with an *in forma pauperis* application. Dkt. Nos. 1, 2. By Order of this Court filed January 30, 2008, Plaintiff was directed to submit an amended complaint or his action would be dismissed.[1] Dkt. No. 6. On February 4, 2008, the January 30, 2008 Order, which had been mailed to Plaintiff's last known address, was returned to the Court as undeliverable to Plaintiff at that address. Dkt. No. 7. The notation on the returned envelope stated Plaintiff is "not here." Id. On March 10, 2008, Plaintiff notified the Clerk of the Court of his new address. Dkt. No. 8. On March 11, 2008, the Clerk re-mailed to Plaintiff at his new address a copy of this Court's January 30, 2008 Order, which

---

[1] The January 30, 2008 Order also granted Plaintiff's *in forma pauperis* application. Dkt. No. 6.

directed Plaintiff to submit an amended complaint within thirty days or face dismissal of this action.

Since that time, Plaintiff has made no attempt to contact the Court. Moreover, Plaintiff has not submitted an amended complaint, nor has he requested an extension of time to do so. Accordingly, in accordance with this Court's January 30, 2008 Order, this action is **dismissed without prejudice**.

**WHEREFORE,** it is hereby

**ORDERED,** that for the reasons set forth above, this action is **dismissed without prejudice;** and it is further

**ORDERED,** that the Clerk of the Court serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED:     May 05, 2008
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge